CHARLES S. DAVISON et al., Appellants, *v.* PARKE, AUSTIN & LIPSCOMB, INC., et al., Respondents, Impleaded with Others.

Submitted June 18, 1941; decided July 29, 1941.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 285 N. Y. 500.)

ANTHONY SIVIGLIA, Respondent, *v.* JULIUS P. KRONOWITZ, Appellant.

Submitted July 29, 1941; decided July 29, 1941.

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 285 N. Y. 769.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ARTHUR CHALMERS, Appellant.

Submitted July 29, 1941; decided July 29, 1941.

Motion for reargument denied. (See 281 N. Y. 651.)

In the Matter of PHILIP J. MURPHY, Respondent, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, Appellant.

Submitted July 29, 1941; decided July 29, 1941.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 284 N. Y. 524.)